JOHANNA C. DE RYSS, as Administratrix, etc., of EMIL DE RYSS, Deceased, Appellant-Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, and JOSEPH M. HARD, Appellant, and ANDREW JERICK, Defendant.— Motion of defendant-appellant Hard for leave to appeal to the Court of Appeals granted. [See *ante*, p. 644.] Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

D. H. EPSTEIN, Respondent, v. SYDNEY A. SYME and Others, Defendants, and JOHN GROEL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JAMES H. GILVARRY, Respondent, v. GEORGE MORAN, Appellant.— In view of the decision of the appeal herein (*post*, p. 776), decided herewith, the defendant's motion for an extension of time within which to comply with the terms of the order from which the appeal is taken is dismissed; provision for such extension is made in the decision of the appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

HELEN JANE GLASER, Appellant, v. WALTER THOMAS GLASER, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Petition of FRED B. SMITH to Prove the Last Will and Testament of PHEBE R. LOWE, Late of the County of Kings, Deceased. FRED B. SMITH, as Executor, etc., of PHEBE R. LOWE, Deceased, Respondent; WILLIAM D. DUNHAM and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Application of STEPHEN H. MASON, Petitioner, against FRED W. WULFING, JOSEPH COBRAIN, C. Y. OSBURN, H. EARLE DOW and RAYMOND K. HYDE, as the Mayor, and Board of Trustees of the Incorporated Village of Munsey Park, Nassau County, New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.